[No. 16634-4-I.   Division One.   June 29, 1987.]

CURTIS L. CHAPMAN, *Respondent,* v. WILLIAM
BLACK, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-15602-7, Donald D. Haley, J., entered June 10, 1985. *Reversed* by unpublished opinion per Ringold, A.C.J., concurred in by Coleman and Grosse, JJ. Now published at 49 Wn. App. 94.

[No. 8072-2-III.   Division Three.   June 30, 1987.]

*In the Matter of R. E.*

MARK ANTHONY CICERO, *Appellant,* v. THE STATE OF
WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 84-7-00036-3, Fred R. Staples, J., entered August 14, 1986. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.

[No. 7751-9-III.   Division Three.   June 30, 1987.]

JEANINE M. OWENS, *Appellant,* v. COLUMBIA SHOPPING
CENTER, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 85-2-00403-2, James B. Mitchell, J., entered March 19, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.